UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #1,<br><br>        Plaintiff,<br><br>   v.<br><br>MARCUS JOHNSON, LUIS GONZALEZ, RICHARD MONTES, LAVELLE PARKER, RUSTY HICKETHIER, ANGELA KENT, JEFF MACOMBER, and DOE DEFENDANTS 1–20,<br><br>        Defendants. | No. 2:24-CV-01542-DJC-AC-PC |
| JANE DOE #1<br><br>        Plaintiff,<br><br>   v.<br><br>MARCUS JOHNSON, LUIS GONZALEZ, RICHARD MONTES, LAVELLE PARKER, RUSTY HICKETHIER, ANGELA KENT, JEFF MACOMBER, and DOE DEFENDANTS 1–20 | No. 2:24-CV-01844-DAD-CSK-PC<br><br>ORDER RELATING CASES |

Plaintiff Jane Doe #1 has filed a Notice of Related Cases in the first-filed action, *Jane Doe #1 v. Marcus Johnson, et al.*, Case Number 2:24-cv-01542-DJC-AC-PC, regarding *Jane Doe #2 v. Marcus Johnson, et al.*, Case Number 2:24-cv-01844-DAD-CSK. (*See* ECF No. 11.) Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:24-cv-01844 is reassigned from District Judge Dale A. Drozd and Magistrate Judge Chi Soo Kim to the undersigned and Magistrate Judge Allison Claire. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:24-cv-01844-DJC-AC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: August 20, 2024

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE