Rob Bonta, State Bar No. 202668
Attorney General of California
Alicia A. Bower, State Bar No. 287799
Supervising Deputy Attorney General
Arthur B. Mark III, State Bar No. 220865
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7345
  Fax:  (916) 324-5205
  E-mail:  Arthur.Mark@doj.ca.gov
*Attorneys for Defendants*
*J. Macomber, R. Hickethier, L. Gonzalez,*
*L. Parker A. Kent and R. Montes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE #1,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS JOHNSON, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:24-cv-1542 DJC AC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S OPERATIVE COMPLAINT**<br><br>Judge:　　　Hon. Daniel J. Calabretta<br>Trial Date:　None Set<br>Action Filed:　May 31, 2024 |

1

Stipulation and Order to Extend Time to Respond to Plaintiff's Operative Comp.  (2:24-cv-1542 DJC AC)

Plaintiff has filed proofs of service indicating that Defendants Macomber, Kent, and Hickethier were served with summonses and the operative First Amended Complaint on August 7, 2024.  (ECF No. 15.)  Plaintiff has filed proofs of service indicating that Defendants Montes, Parker, and Gonzalez were served with summonses and the First Amended Complaint on August 2, 2024.  (ECF No. 15.)  Based on the dates of service, Defendants Montes, Parker, and Gonzalez's responses to the First Amended Complaint are currently due August 23, 2024, and Defendants Macomber, Kent, and Hickethier's responses are currently due August 28, 2024.  Fed. R. Civ. P. 12(a)(1)(A)(i).

Plaintiff Jane Doe #1 and Defendants Macomber, Hickethier, Gonzalez, Parker, Kent, and Montes ("Defendants"), by and through their attorneys, stipulate as follows.

1. Plaintiff and Defendants agree to extend the date for Defendants' responses to Plaintiff's operative complaint to September 27, 2024.  Good cause for the extension exists as follows.

2. Due to the nature of the allegations, the number of defendants and number of claims, Defendants' counsel cannot reasonably review, investigate, and prepare appropriate responses to the operative complaint by the current deadlines.  Defendants' counsel requires additional time to review and investigate Plaintiffs' allegations, consult with his clients, and determine and prepare appropriate responses to the operative complaint.  The extension will also allow the parties time to meet and confer concerning any potential motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1)-(7) and any potential objections concerning Plaintiff proceeding under a pseudonym.  (*See* ECF No. 10 (granting Plaintiff's motion to proceed under pseudonym subject to reconsideration upon any objection by Defendants).)  Accordingly, the parties request the Court enter their stipulation and extend the time for Defendants Macomber, Hickethier, Gonzalez, Parker, Kent, and Montes to respond to Plaintiff's First Amended Complaint until September 27, 2024.

3. In addition, the parties are meeting and conferring on Plaintiff's motion to proceed under a pseudonym (ECF Nos. 2, 10.)  The parties request that the Court allow objections, if any, or a stipulation on Plaintiff's motion to be filed by September 27, 2024.

2

Stipulation and Order to Extend Time to Respond to Plaintiff's Operative Comp.   (2:24-cv-1542 DJC AC)

1      4.    This stipulation does not apply to Defendant Marcus Johnson.

Dated:  August 23, 2024                           Respectfully submitted,

                                                  ROB BONTA
                                                  Attorney General of California
                                                  ALICIA A. BOWER
                                                  Supervising Deputy Attorney General

                                                  ***/s/ Arthur B. Mark III***

                                                  ARTHUR B. MARK III
                                                  Deputy Attorney General
                                                  *Attorneys for Defendants*
                                                  *J. Macomber, R. Hickethier, L. Gonzalez, L.*
                                                  *Parker A. Kent and R. Montes*


                                                  ***/s/ Jenny C. Haung***

                                                  (as authorized August 23, 2024)
                                                  Jenny C. Huang
                                                  *Attorney for Plaintiff, Jane Doe #1*

3

Stipulation and Order to Extend Time to Respond to Plaintiff's Operative Comp.   (2:24-cv-1542 DJC AC)

**ORDER**

Good cause appearing, the parties' stipulation is GRANTED.

The time for Defendants Macomber, Hickethier, Gonzalez, Parker, Kent, and Montes to respond to Plaintiff's First Amended Complaint is extended to and including September 27, 2024.

Any objection by Defendants to Plaintiff proceeding under a pseudonym shall be filed by September 27, 2024.

This order does not apply to Defendant Marcus Johnson.

IT IS SO ORDERED.

Dated:  August 23, 2024         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

4

Stipulation and Order to Extend Time to Respond to Plaintiff's Operative Comp.   (2:24-cv-1542 DJC AC)