```
ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
ZACHARY GLANTZ, State Bar No. 298936
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6170
 Fax:  (916) 731-3641
 E-mail:  Zachary.Glantz@doj.ca.gov
Attorneys for Defendants L. Gonzalez, J. Macomber,
and R. Montes
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JANE DOE #1,**<br><br>                               Plaintiff,<br><br>v.<br><br>**MARCUS JOHNSON, et al.,**<br><br>                               Defendants. | Case No. 2:24-cv-1542 DJC AC P<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS GONZALEZ, MACOMBER, AND MONTES TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. P. 6(b)]**<br><br>Judge:         Honorable Allison Claire<br>Trial Date:   None Set<br>Action Filed: May 31, 2024 |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 6(b), the parties, by and through their attorneys of record, stipulate as follows:

1. Plaintiff Jane Doe #1 filed her operative Second Amended Complaint on November 21, 2024 (ECF No. 27).

2. On December 6, 2024, the Court issued its screening order regarding the Second Amended Complaint and ordered Defendants L. Gonzalez, J. Macomber, and R. Montes (Defendants) to respond to the Second Amended Complaint within 21 days of the filing of the order, making Defendants' current deadline December 27, 2024 (ECF No. 28).

1

3. Defendants require additional time to respond to the Second Amended Complaint due to the holidays and associated constraints on staff and resources; Defendants' counsel's pre-planned vacations; Defendants' need to further investigate this case; and the need for additional time to accommodate the parties' efforts to meet and confer regarding motions to dismiss, if necessary.

4. Defendants expect that a 28-day extension of their current response deadline, up to and including January 24, 2025, will allow them to adequately prepare their response to the Second Amended Complaint.

5. Plaintiff is agreeable to the additional time requested by Defendants.

Accordingly, the parties stipulate and respectfully request that Defendants L. Gonzalez, J. Macomber, and R. Montes shall have up to and including January 24, 2025, to respond to the Second Amended Complaint.

Dated: December 20, 2024

　　　/s/ Jenny Huang  
(as authorized December 20, 2024)  
Jenny C. Huang  
Attorney for Plaintiff, Jane Doe #1

Dated: December 20, 2024

ROB BONTA  
Attorney General of California  
ALICIA A. BOWER  
Supervising Deputy Attorney General  
ARTHUR B. MARK III  
Deputy Attorney General

/s/ Zachary Glantz

ZACHARY GLANTZ  
Deputy Attorney General  
*Attorneys for Defendants L. Gonzalez, J. Macomber, and R. Montes*

2

Stip. to Ext. Time for Defs. Gonzalez, Macomber, and Montes to Respond Pl.'s 2d Amend. Compl.
(Case No. 2:24-cv-1542-DJC-AC P)

**ORDER**

Good cause appearing, the parties' stipulation (ECF No. 30) is **GRANTED**. The deadline for Defendants Gonzalez, Macomber, and Montes to respond to Plaintiff's Second Amended Complaint is hereby extended up to and including January 24, 2025.

**IT IS SO ORDERED.**

DATED: December 23, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3

Stip. to Ext. Time for Defs. Gonzalez, Macomber, and Montes to Respond Pl.'s 2d Amend. Compl.
(Case No. 2:24-cv-1542-DJC-AC P)