Rob Bonta, State Bar No. 202668
Attorney General of California
Alicia A. Bower, State Bar No. 287799
Supervising Deputy Attorney General
Arthur B. Mark III, State Bar No. 220865
Zachary Glantz, State Bar No. 298936
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7345
  Fax: (916) 324-5205
  E-mail: Arthur.Mark@doj.ca.gov
*Attorneys for Defendants*
*J. Macomber, R. Montes and L. Gonzalez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JANE DOE #1,**<br><br>                  Plaintiff,<br><br>v.<br><br>**MARCUS JOHNSON, et al.,**<br><br>                  Defendants. | Case No. 2:24-cv-1542 DJC AC P<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS GONZALEZ, MACOMBER, AND MONTES TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; AND**<br><br>**[PROPOSED] ORDER**<br><br>Judge:      Honorable Allison Claire<br>Trial Date:  None Set<br>Action Filed:  May 31, 2024 |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Doe #1 and Defendants Macomber, Montes, and Gonzalez, by and through their attorneys of record, stipulate as follows:

1. Plaintiff Jane Doe #1 filed her operative Second Amended Complaint on November 21, 2024 (ECF No. 27).

1

2.    On December 6, 2024, the Court issued its screening order regarding the Second Amended Complaint and ordered Defendants Gonzalez, Macomber, and Montes (Defendants)[1] to respond to the Second Amended Complaint within 21 days of the filing of the order, making Defendants' initial deadline December 27, 2024 (ECF No. 28).

3.    On December 26, 2024, the Court granted the parties' stipulated request to extend the time for Defendants to respond to the Second Amended Complaint until January 24, 2025. (ECF No. 31.)

4.    On January 27, 2025, this Court granted the parties' stipulated request to extend the time for Defendants to respond to the Second Amended Complaint until February 28, 2025. (ECF 33.)

5.    Since that extension, the parties have negotiated the terms of a stipulated protective order that was submitted on February 24, 2025 (ECF 36). The protective order was executed to facilitate an early production of documents by Defendants by March 14, 2025, as part of the parties' efforts to resolve Defendants' arguments for dismissal. Additional time is required to allow the parties additional time to further meet and confer on the grounds for dismissal, including the production of documents by Defendants and review of those documents by Plaintiff. The parties also require additional time to explore early ADR in this matter.

6.    Additional is time is also needed because Defendants' counsel has been occupied with other pressing matters, including preparation and filing of a motion to dismiss in the matter of *Coleman v. CDCR et al.*, No. 2:21-cv-625 and a settlement conference in the matter of *Campbell v. Ruiz,* No. 2:24-cv-119. In addition, Plaintiff's counsel has been occupied with other pressing matters, including the filing of a class action case in *California Coalition of Women Prisoners, et al. v. Scott Lee, M.D., et al.,* Case No. 5:25-cv-00283 (SP) (C.D.Cal. 2025) and meeting and conferring on a dispositive motion in *Matthews v. Pinchback, et al.,*, Case No. 2:22-cv-01329 (DJC)(CSK) (E.D.Cal. 2022). Additionally, Plaintiff's counsel will be away on a pre-planned vacation from March 27 to April 11, 2025.

---

[1] The undersigned counsel does not represent Defendant Johnson. On January 30, 2025, default was entered against Defendant Johnson. (ECF 35.)

2

Stipulation to Extend Time for Defs. Gonzalez, Macomber and Montes to Respond to Pl.'s Second Amnd. Compl. (2:24-cv-1542 DJC AC)

7. The parties have conferred and agree that additional time to respond to the Second Amended Complaint until April 11, 2025, will allow the parties time to exchange documents, conduct additional investigation concerning Plaintiff's claims, meet and confer further regarding Plaintiff's claims, and consider whether early ADR is appropriate for this matter.

8. Accordingly, the parties stipulate and respectfully request that Defendants Gonzalez, Macomber, and Montes shall have up to and including April 11, 2025, to respond to the Second Amended Complaint.

**IT IS SO STIPULATED.**

Dated: February 27, 2025

/s/ *Jenny Huang*
Jenny C. Huang
Attorney for Plaintiff, Jane Doe #1

Dated: February 27, 2025

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General
ZACHARY GLANTZ
Deputy Attorney General

/s/Arthur B. Mark III

ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants L. Gonzalez, J. Macomber, and R. Montes*

SA2024303498
38734994.docx

3

Stipulation to Extend Time for Defs. Gonzalez, Macomber and Montes to Respond to Pl.'s Second Amnd. Compl.  (2:24-cv-1542 DJC AC)

1 **[PROPOSED] ORDER**

2   Good cause appearing, the parties' stipulation (ECF No. 37) is **GRANTED**. The deadline
3 for Defendants Gonzalez, Macomber, and Montes to respond to Plaintiff's Second Amended
4 Complaint is hereby extended up to and including April 11, 2025.

5   **IT IS SO ORDERED.**

6 DATED: March 3, 2025

7 _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4

Stipulation to Extend Time for Defs. Gonzalez, Macomber and Montes to Respond to Pl.'s Second Amnd. Compl. (2:24-cv-1542 DJC AC)