UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. 2:24-cv-1542 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| MARCUS JOHNSON, et al., | |
| Defendants. | |

Plaintiff and defendants Gonzalez, Macomber, and Montes[1] have filed a stipulated request to refer this matter for an early settlement conference and to stay the case pending completion of the settlement conference. ECF No. 40. The request will be granted. However, to the extent the parties indicate they may request an informal discovery conference to resolve any issues that arise during their informal exchange of documents, they are advised that the court will not resolve any discovery disputes prior to the commencement of formal discovery. Because the exchange of documents is informal and strictly voluntary, the parties may exchange documents, or not, at their own discretion, and refusal to produce documents at this stage will not warrant court intervention. The court further notes that the parties have requested the settlement conference take place in May or June of 2025. Id. While the court will try to accommodate this request, scheduling of the

---

[1] Defendant Johnson is not represented by counsel for defendants Gonzalez, Macomber, and Montes, and default was entered as to Johnson on January 30, 2025 (ECF No. 35).

1

settlement conference will ultimately depend upon the court's availability.

Once the settlement conference is scheduled, if plaintiff remains incarcerated, plaintiff's counsel is responsible for providing plaintiff's name and CDCR number to the court at least five weeks in advance so that a writ of habeas corpus ad testificandum may issue to secure plaintiff's presence at the settlement conference. Because plaintiff is currently proceeding as a Jane Doe, such notification may be provided to the undersigned's courtroom deputy, Jonathan Anderson, via email at janderson@caed.uscourts.gov, and the writ will be filed under seal or in redacted form.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for referral to an early settlement conference and a stay of proceedings (ECF No. 40) is GRANTED.

2. This action is referred for an early settlement conference with a magistrate judge of this court.

3. Formal discovery in this matter is stayed pending completion of an early settlement conference. The parties shall not engage in formal discovery but may elect to informally exchange documents to facilitate settlement discussions.

4. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

5. Defendants Gonzalez, Macomber, and Montes will respond to the Second Amended Complaint within thirty days of the date of the settlement conference if the parties are unable to resolve the case.

DATED: April 9, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE