UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br>Plaintiff,<br>v.<br>MARCUS JOHNSON, et al.,<br>Defendants. | No. 2:24-cv-1542 DJC AC P<br><br><u>ORDER</u> |

Before the court is a stipulated request for an extension of time for defendants to file responses to plaintiff's request for reconsideration of, or objections to, the findings and recommendations filed on August 14, 2026. ECF No. 64. Good cause appearing, the parties' stipulated request is GRANTED. Defendants' responses to Plaintiff's Request for Reconsideration of, or Objections to, the Magistrate Judge's Findings and Recommendations and the Request for Judicial Notice (ECF Nos. 62 and 63) shall be filed on or before September 16, 2026.

IT IS SO ORDERED.

DATED: September 2, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE